EUGENE L. LYON, Appellant, v. MARK S. McKINSTRY, Respondent.— Order

* See App. Div. Rules, 2d Dept., rule 12.— [REP.

denying motion for leave to discontinue action affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.